UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-21734-CIV-SEITZ/BANDSTRA

ACCESS NOW, INC., a Florida
non-profit corporation, and
ROBERT GUMSON, individually,

    Plaintiffs,

vs.

SOUTHWEST AIRLINES, CO.,
a Texas corporation,

    Defendant.
_____/



## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and the Court's concurrently-issued Order Granting Defendant's Motion to Dismiss, it is hereby

ORDERED that judgment is entered in favor of Defendant Southwest Airlines, Co. and against Plaintiffs Access Now, Inc. and Robert Gumson. This action is DISMISSED WITH PREJUDICE. All pending motions not otherwise ruled upon are denied as moot, and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 18 day of October, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:

Magistrate Judge Ted E. Bandstra

K. Renee Schimkat, Esq.
Garth T. Yearick, Esq.
*Counsel for Defendant Southwest Airlines, Co.*
Carlton Fields, P.A.
4000 Bank of America Tower at Int'l Place
100 SE 2nd St.
Miami, FL 33131
fax 305-530-0055

Steven R. Reininger, Esq.
Howard R. Behar, Esq.
*Counsel for Plaintiffs*
Rasco Reininger Perez & Esquenazi, P.L.
283 Catalonia Ave., 2nd Flr.
Coral Gables, FL 33134
fax 305-476-7102