

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-21734 CIV SEITZ/BANDSTRA

ACCESS NOW, INC., a Florida non-profit
corporation, and ROBERT GUMSON,

        Plaintiffs,

v.

SOUTHWEST AIRLINES, INC., a Texas
corporation,

        Defendant.

_____/

### NOTICE OF APPEAL

Notice is hereby given that ACCESS NOW, INC. and ROBERT GUMSON, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh (11) Circuit from the Final Judgment entered upon the concurrently issued Order Granting Defendant's Motion to Dismiss entered in this action on the 18th day of October, 2002.

CASE NO. 02-21734 CIV SEITZ/BANDSTRA

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this ___ day of November, 2002, to: K. Renee Schimkat and Garth T. Yearick, Esq., Carlton Fields, P.A., 4000 Bank of America Tower at Int'l Place, 100 S.E. Second Street, Miami, Florida 33131.

RASCO REININGER PEREZ & ESQUENAZI, PL
Attorneys for Plaintiffs/Appellants
283 Catalonia Avenue, Second Floor
Coral Gables, Florida 33134
Telephone: (305) 476-7100
Facsimile: (305) 476-7102

By: _____
STEVEN R. REININGER
Florida Bar No. 202002

By: _____
HOWARD R. BEHAR
Florida Bar No. 054471

23470006/313883.DOC

2